UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM M. OBERPRILLER,

    Petitioner,

v.

C. NOLL, Acting Warden,

    Respondent.
_____/

Case Number: CV09-03693 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William M. Oberpriller C-80076
Correctional Training Facility
YW-137-Low
P.O. Box 689
Soledad, CA 93960-0689

Attorney General of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Dated: March 11, 2010

    Richard W. Wieking, Clerk

    By: Barbara Espinoza, Deputy Clerk